# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS
601 WALNUT STREET
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| **LEIGH M. SKIPPER**<br>CHIEF FEDERAL DEFENDER | PHONE NUMBER (215) 928-0520<br>FAX NUMBER    (215) 928-0826<br>FAX NUMBER    (215) 928-3508 | **HELEN A. MARINO**<br>FIRST ASSISTANT FEDERAL DEFENDER |

November 20, 2020

The Honorable Timothy J. Savage
United States District Court Judge
Room 7614, United States Courthouse
601 Market Street
Philadelphia, PA 19106

        Re:    *Aaron Jones v. Martin Horn, et al.*
                  CV No. 96-7544 (Habeas Corpus)

Dear Judge Savage:

      I am writing to update you on the status of this case. On October 27, 2005, you entered an Order (Doc. 37) in this capital habeas proceeding staying further proceedings and placing this case in suspense pending the exhaustion of state court remedies. On October 15, 2012, we notified Your Honor by letter that the round of state court proceedings had been completed.

      Following the United States Supreme Court decision in *Williams. Pennsylvania*, 136 S. Ct. 1899 (2016),which held that due process had been violated by then Justice Castille's participation in a decision in a case in which he had been substantially involved when he was District Attorney of Philadelphia, Mr. Jones filed a new post-conviction petition in state court. Mr. Jones raised due process challenges to Justice Castille's participation in his direct appeal and post-conviction appeals. The Court of Common Pleas granted the petition and reinstated Mr. Jones's appellate rights. The Commonwealth did not appeal that order, and Mr. Jones filed new notices of appeal and briefed the issues that had been previously litigated in the prior proceedings. However, on September 21, 2020, the Pennsylvania Supreme Court issued an order quashing the appeal, finding that *Williams* did not provide a basis for a new post-conviction proceeding. The Court did not reach the merits due process challenges under *Williams*, nor did it reach the merits of any of the substantive claims.

      State court remedies are now completed. In the meantime, the parties have recently engaged in informal discovery as the Philadelphia District Attorney's Office agreed to allow

The Honorable Timothy J. Savage
November 20, 2020
Page 2

counsel to review some of the available prosecution and police files in the case.  That process, which has been delayed by the restrictions imposed as a result of the COVID-19 pandemic, is ongoing.  Accordingly, counsel respectfully suggests that this matter remain in suspense until that discovery process can be completed.  I have discussed this matter with Assistant District Attorney Max Kaufman, counsel for Respondents, who agrees with this suggestion.

      The parties are available to conference with the Court, should Your Honor think that necessary.  Thank you for your consideration of these matters.

                Very truly yours,

                /s/Stuart B. Lev
                Stuart B.  Lev
                Assistant Federal Defender

cc:  Max Kaufman, Esq.