IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON JONES, | : | |
| | : | CIVIL ACTION No. 96 - 7544 |
| Petitioner | : | |
| v. | : | CAPITAL CASE |
| | : | |
| | : | Honorable Timothy Savage |
| MARTIN HORN, et al. | : | |
| | : | |
| Respondents. | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the Petitioner in the above-captioned matter.

                                                        Respectfully submitted,

                                                        */s/ Alexander Kursman*
                                                        Alexander Kursman
                                                        PA Bar No. 303613
                                                        Assistant Federal Defender
                                                        Federal Community Defender for the
                                                        Eastern District of Pennsylvania
                                                        Suite 545 West, The Curtis Center
                                                        601 Walnut Street
                                                        Philadelphia, PA 19106
                                                        (215) 928 0520

Dated:  April 14, 2021

## **CERTIFICATE OF SERVICE**

I, Alexander Kursman, hereby certify that I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to Matthew C. Stiegler, Esq., Office of the Philadelphia District Attorney, Three South Penn Square, Philadelphia, PA.

        /s/ Alexander Kursman
Alexander Kursman

DATE:     April 14, 2021