IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON JONES, | : | |
| | : | CIVIL ACTION No. 96 - 7544 |
| **Petitioner** | : | |
| v. | : | CAPITAL CASE |
| | : | |
| | : | Honorable Timothy Savage |
| MARTIN HORN, et al. | : | |
| | : | |
| **Respondents.** | : | |

## NOTICE OF WITHDRAWL OF APPEARANCE

Please withdraw Billy Nolas and Robert Dunham, formerly of this office, as counsel in the above-captioned matter. Neither Mr. Nolas nor Mr. Dunham remains involved in this litigation.

Respectfully submitted,

/s/ Katherine Thompson
Katherine Thompson
Assistant Federal Defender
Federal Community Defender Office for
The Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
215-928-0520

Dated:  April 14, 2021

**CERTIFICATE OF SERVICE**

      I, Katherine Thompson, hereby certify that I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to Matthew C. Stiegler, Esq., Office of the Philadelphia District Attorney, Three South Penn Square, Philadelphia, PA.

                                                              */s/ Katherine Thompson*

                                                              KATHERINE THOMPSON

DATE:        April 14, 2021