IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AARON JONES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COMMISSIONER MARTIN HORN,** Pennsylvania Department of Corrections, **SUPERINTENDENT DONALD T. VAUGHN,** of the State Correctional Institution at Graterford, And **SUPERINTENDENT JOSEPH P. MAZURKIEWICZ** of the State Correctional Institution at Rockview | : | **NO. 96-7544** |

## ORDER

**NOW**, this 9th day of November, 2023, it is **ORDERED** as follows:

1. The Clerk shall **TRANSFER** this case from the Civil Suspense Docket to the Active Docket.

2. This action is **STAYED** pending state court action upon petitioner's application for post-conviction relief.

_____
TIMOTHY J. SAVAGE, J.